**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

SACHIN KUMAR,

Petitioner,

v. No. 2:26-cv-1391-DHU-KRS

JAIME RAYE CARNES, in her official capacity as Warden of the ICE Torrance County Processing Center; MARISA FLORES, in her official capacity as El Paso Field Office Director for U.S. Immigration and Customs Enforcement; and MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security,

Respondents.

**ORDER GRANTING PETITIONER'S UNOPPOSED MOTION TO ENFORCE THE COURT'S ORDER OF JUNE 3, 2026**

THIS MATTER is before the Court on Petitioner's Unopposed Motion to Enforce the Court's Order of June 3, 2026 ("Motion"). Doc. 23. Having considered the Motion, and noting that it is unopposed, the Motion is hereby **GRANTED**.

**IT IS THEREFORE HEREBY ORDERED** that:

1. Respondent Mullin shall deliver to Petitioner's counsel a valid replacement copy of Petitioner's Employment Authorization Document within seven (7) days of this Order.

2. Respondents shall also deliver to Petitioner's counsel a check for $44.00 to reimburse Petitioner for the cost of a replacement California commercial driver's license.

3. Respondents shall file a Status Report confirming compliance with this Order within ten (10) days.

**IT IS SO ORDERED.**

HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE